■ In the Matter of the Arbitration between CATHEDRAL PARK BUILDING ASSOCIATES, Appellant, and DAMON & MOREY, Respondent. [621 NYS2d 997] —Order and judgment unanimously vacated without costs. Memorandum: The issue raised on this appeal was fully briefed and decided in favor of petitioner in a prior appeal *(see, Cathedral Park Bldg. Assocs. v Damon & Morey,* 199 AD2d 1045). (Appeal from Order and Judgment of Supreme Court, Erie County, Mintz, J.—Arbitration.) Present —Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ In the Matter of COREY B., a Person Alleged to be a Juvenile Delinquent, Appellant. MONROE COUNTY ATTORNEY, Respondent. [621 NYS2d 998] —Order unanimously affirmed without costs. Memorandum: There is no merit to the contention that the Family Court petition lacked legally sufficient nonhearsay allegations in support of the crimes charged and respondent's commission thereof *(see,* Family Ct Act § 311.2 [3]). (Appeal from Order of Monroe County Family Court, Miller, J.—Juvenile Delinquency.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ ELSCINT, INC., Appellant, v BORIS SHAPIRA, Respondent. [621 NYS2d 998] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Pooler, J. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant, v HARTFORD INSURANCE COMPANY, Respondent. [621 NYS2d 967] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in granting defendant's cross motion for summary judgment. Defendant failed to meet its initial burden of showing that plaintiff's employee, Emmett Turner, was a seaman within the meaning of the Jones Act (46 USC, Appendix § 688), and thus failed to establish its entitlement to judgment as a matter of law *(see, Zuckerman v City of New York,* 49 NY2d 557, 562; *Salgado v Rudolph Corp.,* 514 F2d 750, 755; *Harney v Moore Bldg. Corp.,* 359 F2d 649, 654). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Declaratory Judgment.) Present— Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.